UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| LLOYD J. FLEMING<br>2301 11th St, N.W., Apt. 215<br>Washington, D.C. 20001,<br><br>       Plaintiff,<br><br>    v.<br><br>RICHARD COWARD<br>1134 11th St., NW<br>3rd Floor<br>Washington, D.C. 20001,<br><br>Officer Walter W. Tweedy<br>1133 N. Capital St., N.E.<br>Washington, D.C. 20002,<br><br>Officer Pool<br>1133 N. Capital St., N.E.<br>Washington, D.C. 20002,<br><br>Officer #2478, P. Hemphill<br>3rd District Substation<br>750 Park Road N.W.<br>Washington, D.C. 20001,<br><br>Mrs. Adrianne Todman<br>1133 N. Capitol Street, N.E.<br>Washington, D.C. 20002-7599,<br><br>Mr. Garrett<br>2301 11th St., N.W.<br>Apt. 315<br>Washington, D.C. 20001,<br><br>Mr. Motenar Roberson<br>2301 11th St., N.W.<br>Apt. 115<br>Washington, D.C. 20001, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.: _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Mr. Joseph Dukes )
2301 11th St., N.W. )
Apt. 422 )
Washington, D.C. 20001, )
)
Mr. Ebenezer Olomo )
2301 11th St., N.W. )
Apt. 822 )
Washington, D.C. 20001, )
)
Mr. Larry Loucus )
2301 11th St., N.W. )
Apt. 212 )
Washington, D.C. 20001, )
)
Mr. Tom Woodson )
1013 17th St., N.E. )
Apt. #3 )
Washington, D.C. 20002, )
)
Mr. Beemon Fleming )
1719 H St., N.W. )
Apt. #4 )
Washington, D.C. 20001, )
)
Mr. Frank Lancaster )
1133 N. Capitol St., N.E. )
Washington, D.C. 20002-7599, )
)
Mr. Jimmy McGivie )
2301 11th St., N.W. )
Apt. 214 )
Washington, D.C. 20005, )
)
Mrs. Kesha Taylor )
1400 I St., N.W. )
Suite 700 )
Washington, D.C. 20005, )
)
Mrs. Jessica )
1100 4th St., S.W. )
Washington, D.C. 20024, )
)
)

| | |
|---|---|
| Mrs. Recita Evans<br>1100 4th St., S.W.<br>Washington, D.C. 20024,<br><br>Mrs. Lorry Bluitt Bonds<br>1133 N. Capitol St., N.E.<br>Suite 242<br>Washington, D.C. 20002-7599,<br><br>Arun C. Williams<br>Art Unit 2858<br>P.O. Box 1450<br>Alexandria, VA 22313-1450,<br><br>Patick [sic] Assouad<br>Art Unit 2858<br>P.O. Box. 1450<br>Alexandria, VA 22313-1450[1]<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Defendants, Arun C. Williams and Patrick Assouad, sued in their capacities as federal employees of the United States Patent and Trademark Office ("USPTO") ("Government Defendant"), by and through undersigned counsel, hereby file this Notice of Removal pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 1446. In support of this Notice, the following facts are relied upon:

    1.    The Government Defendants are in receipt of a Summons and Amended Complaint in the case of *Lloyd J. Fleming v. Richard Coward, et al.*, Civil Action

---

[1]Plaintiff lists twenty (20) Defendants in this action. Undersigned counsel only represents Arun C. Williams and Patrick Assouad ("Government Defendants") in their official capacities as employees of the United States Patent and Trademark Office ("USPTO"). To the extent Plaintiff brings this action against the Government Defendants in their individual capacities, nothing should be construed as a waiver of defenses available to any Government Defendants in their individual capacities, including but not limited to, insufficiency of process, insufficiency of service of process, and immunity from suit.

3

No. 00008212-11 in the Civil Division of the Superior Court of the District of Columbia (the "Civil Action"). A copy of the Summons and Amended Complaint are attached hereto as Exhibit A.

2. The Government Defendants are officers or acting under an officer of the United States pursuant to 28 U.S.C. § 1442(a)(1). Specifically, the Government Defendants are a Supervisory Patent Examiner and a Patent Examiner at the USPTO. Thus, the Civil Action is properly before this Court.

3. A liberal reading of the attachments and allegations contained in Plaintiff's Amended Complaint appear to take issue with the Government Defendants' rejection of Plaintiff's patent application in their official capacities. Thus, Plaintiff appears to challenge the actions of a federal government agency. With respect to the other eighteen Defendants, the Government Defendants are unsure what Plaintiff is attempting to allege.

WHEREFORE, this Civil Action is properly removed from the Superior Court for the District of Columbia to this Court.

March 1, 2012                          Respectfully submitted,

                                       RONALD C. MACHEN JR.
                                       D.C. Bar # 447889
                                       United States Attorney
                                         for the District of Columbia

                                       RUDOLPH CONTRERAS,
                                       D.C. Bar #434122
                                       Chief, Civil Division

BY: /s/ Damarr Butler
DAMARR M. BUTLER
Special Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 353-0022
damarr.butler@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Removal of a Civil Action was served on *pro se* Plaintiff by first class mail addressed to:

Lloyd J. Fleming
2301 11th Street, N.W., Apt. 215
Washington, DC 20001

The Defendants were served by first class mail at the respective addresses listed in Plaintiff's Amended Complaint.

on this 1st day of March, 2012.

                                                                    /s/ Damarr Butler
                                                                    DAMARR M. BUTLER
                                                                    Special Assistant United States Attorney

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| LLOYD J. FLEMING<br>2301 11th St, N.W., Apt. 215<br>Washington, D.C. 20001,<br><br>                 Plaintiff,<br>   v.<br><br>RICHARD COWARD<br>1134 11th St., NW<br>3rd Floor<br>Washington, D.C. 20001,<br><br>Officer Walter W. Tweedy<br>1133 N. Capital St., N.E.<br>Washington, D.C. 20002,<br><br>Officer Walter W. Tweedy<br>1133 N. Capital St., N.E.<br>Washington, D.C. 20002,<br><br>Officer Pool<br>1133 N. Capital St., N.E.<br>Washington, D.C. 20002,<br><br>Officer #2478, P. Hemphill<br>3rd District Substation<br>750 Park Road N.W.<br>Washington, D.C. 20001,<br><br>Mrs. Adrianne Todman<br>1133 N. Capitol Street, N.E.<br>Washington, D.C. 20002-7599,<br><br>Mr. Garrett<br>2301 11th St., N.W.<br>Apt. 315<br>Washington, D.C. 20001,<br><br>Mr. Motenar Roberson<br>2301 11th St., N.W.<br>Apt. 115<br>Washington, D.C. 20001, | Civil Action No. 0008212-11 |

Mr. Joseph Dukes                        )
2301 11th St., N.W.                     )
Apt. 422                                )
Washington, D.C. 20001,                 )
                                        )
Mr. Ebenezer Olomo                      )
2301 11th St., N.W.                     )
Apt. 822                                )
Washington, D.C. 20001,                 )
                                        )
Mr. Larry Loucus                        )
2301 11th St., N.W.                     )
Apt. 212                                )
Washington, D.C. 20001,                 )
                                        )
Mr. Tom Woodson                         )
1013 17th St., N.E.                     )
Apt. #3                                 )
Washington, D.C. 20002,                 )
                                        )
Mr. Beemon Fleming                      )
1719 H St., N.W.                        )
Apt. #4                                 )
Washington, D.C. 20001,                 )
                                        )
Mr. Frank Lancaster                     )
1133 N. Capitol St., N.E.               )
Washington, D.C. 20002-7599,            )
                                        )
Mr. Jimmy McGivie                       )
2301 11th St., N.W.                     )
Apt. 214                                )
Washington, D.C. 20005,                 )
                                        )
Mrs. Kesha Taylor                       )
1400 I St., N.W.                        )
Suite 700                               )
Washington, D.C. 20005,                 )
                                        )
Mrs. Jessica                            )
1100 4th St., S.W.                      )
Washington, D.C. 20024,                 )
                                        )
                                        )
                                        )
                                        )

```
Mrs. Recita Evans                    )
1100 4th St., S.W.                   )
Washington, D.C. 20024,              )
                                     )
Mrs. Lorry Bluitt Bonds              )
1133 N. Capitol St., N.E.            )
Suite 242                            )
Washington, D.C. 20002-7599,         )
                                     )
Arun C. Williams                     )
Art Unit 2858                        )
P.O. Box 1450                        )
Alexandria, VA 22313-1450,           )
                                     )
Patick [sic] Assouad                 )
Art Unit 2858                        )
P.O. Box. 1450                       )
Alexandria, VA 22313-1450¹,          )
                                     )
                Defendants.          )
                                     )
```

## NOTICE OF FILING OF NOTICE OF REMOVAL

To:   Lloyd J. Fleming
      2301 11th Street, N.W., Apt. 215
      Washington, DC 20001

PLEASE TAKE NOTE that on March 1, 2012, Defendants, Arun C. Williams and Patrick Assouad ("Government Defendants"), filed with the Clerk of the United States District Court for the District of Columbia, a Notice of Removal of the above-captioned case, pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 1446. The Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." *See* 28 U.S.C. § 1446(d). A copy of the Notice of Removal is attached hereto.

---

¹Plaintiff lists twenty (20) Defendants in this action. Undersigned counsel only represents Arun C. Williams and Patrick Assouad ("Government Defendants") in their official capacities as employees of the United States Patent and Trademark Office ("USPTO"). To the extent Plaintiff brings this action against the Government Defendants in their individual capacities, nothing should be construed as a waiver of defenses available to any Government Defendants in their individual capacities, including but not limited to, insufficiency of process, insufficiency of service of process, and immunity from suit.

Respectfully submitted,

RONALD C. MACHEN JR.
D.C. Bar # 447889
United States Attorney
 for the District of Columbia

RUDOLPH CONTRERAS,
D.C. Bar #434122
Chief, Civil Division

BY: /s/ Damarr Butler
DAMARR M. BUTLER
Special Assistant United States Attorney
United States Attorney's Office for the District of
Columbia - Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 353-0022
(202) 514-8780 (Facsimile)
damarr.butler@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Filing of Notice of Removal of a Civil Action has been made by electronically filing with CaseFileXpress and by mailing a copy via U.S. mail to Plaintiff at:

Lloyd J. Fleming
2301 11th Street, N.W., Apt. 215
Washington, DC 20001

The Defendants were served by first class mail at the respective addresses listed in Plaintiff's Amended Complaint.

on this 1st day of March, 2012

/s/ Damarr Butler
DAMARR M. BUTLER
Special Assistant United States Attorney
United States Attorney's Office for the District of Columbia - Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 353-0022
(202) 514-8780 (Facsimile)
damarr.butler@usdoj.gov