# EXHIBIT A

Form CA 1-A  Notice and Acknowledgment for Service by Mail

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

_Lloyd J. Fleming_
*Plaintiff(s)*

v.

_Richard Coward et, Al_
*Defendant(s)*

Case No _1 CA 8212_

### NOTICE

To (insert name and address of the party to be served):

_Patrick Assouad_
_PO Box 1450_
_Alexandria, Va. 22313_

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): _12/14/11_

_T Stewart_

Signature

_12/14/11_

*Date of Signature*

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address): _____

_____

_____

_____

_____

Signature                    Relationship to Defendant/Authority    D
                             to Receive Service

Case: 2011 CA 008212 B

00043793355
DR#: CIV554II

비밀번호 엄호 보기 (202) 879-1428 교 도움을 받으세요

## Superior Court of the District of Columbia
### CIVIL DIVISION
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

Lloyd J. Fleming
2301 11th St, N.W.apt215
Washington, D.C. 20001
_____ Plaintiff

vs.

Arun C. Williams
Commissioner For Patents
Art Unit 2858
P.O.Box 1450
Alexandria, Virginia 22313-1450 _____ Defendant

Case Number 0008212-11

### SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Self-Lloyd J. Fleming
Name of Plaintiff's Attorney

2301 11th st.N.W.apt215
Address

WAshington, D.C.20001

202-491-4942
Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오    የአማርኛ ትርጉም ከፈለጉ አማርኛ (202) 879-4828, ይደውሉ.

**IMPORTANT:** IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011

CASUM.doc

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION



FILED
CIVIL ACTIONS BRANCH

DEC 13 2011

Superior Court
of the District of Colombia
Washington, DC.

Lloyd J. Fleming
2301 11th St, N.W. apt215
Washington, D.C.20001

*Plaintiff*

*vs.*

CIVIL ACTION NO. 0008212-11

Richard Coward, et al,
1134 11th St, N.W.
3rd Floor
Washington, D.C.20001

*Defendants*

Addition To the forms    *Amended*    OCT-17-2011
## COMPLAINT

1.  Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

PLEASE see copy of complaints:



Case: 2011 CA 008212 B

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 10,000,000
with interest and costs.

202-491-4942
**Phone:**

DISTRICT OF COLUMBIA, ss

_____, being first duly sworn on oath deposes and says that the
foregoing is a just and true statement of the amount owing by defendant to the paintiff, exclusive of all
set-off and just grounds of defense.

Lloyd J. Fleming
**(Plaintiff                                                                    Agent)**

Subscribed and sworn to before me this ___13___ day of _December_____ 20 11 .

_____
**(Notary Public/Deputy Clerk)**

FORM CV-1013/ Nov. 00

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISON

LLOYD J. FLEMING
2301 11th St, N.W. apt 215
Washington, D.C. 20001
Ph- 202 -491-4942

Case no.

VS.

RICHARD COWARD: 1134 11th St, N.W.3rd Fl,Washington,D.C.20001

OFFICER- WALTER W. TWEEDY: 1133 N. CAPITAL St,N.E.,Washington,
OFFICER- POOL              :                     D.C.20002
1133 N. CAPITOL STREET, N.E.
WASHINGTON, D.C. 20002

OFFICER#2478, P. HEMPHILL:                00082:2-11
3rd DISTRICT SUBSTATION
750 PARK ROAD N.W.
WASHINGTON, D.C. 20001

Mrs.ADRIANNE TODMAN-
1133 N. CAPITOL STREET, N.E.
WASHINGTON, D.C. 20002-7599

Mr. GARRETT- 2301 11th st,N.W. apt315
WASHINGTON, D.C. 20001

Mr. MOTENAR ROBERSON- 2301 11th st, N.W. apt115
WASHINGTON, D.C. 20001

Mr. JOSEPH DUKES- 2301 11th st, N.W. apt 422
WASHINGTON, D.C. 20001

Mr. EBENEZER OLOMO- 2301 11th st, N.W. apt 822
WASHINGTON, D.C. 20001

Mr. LARRY LOUCUS- 2301 11th st, N.W. apt212
WASHINGTON, D.C. 20001

Mr. TOM WOODSON- 1013 17th st, N.E. apt#3
WASHINGTON, D.C. 20002

Mr. BEEMON FLEMING-1719 Hst, N.W.apt #4
WASHINGTON, D.C. 20001

Mr. FRANK LANCASTER: 1133 N.CAPITOL St,N.E.Washington,D.C.20002-
                                                              7599
Mr. JIMMY McGIVIE: 2301 11th St,N.W.apt214, Washington, D.C.20001

Mrs. KESHA TAYLOR-
1400 Ist, N.W., Suite 700. WASHINGTON, D.C. 20005

Mrs. JESSECA-          1100 4th st, S.W.,WASHINGTON, D.C.20024
Mrs. RECITA EVANS-     1100 4th st, S.W.,WASHINGTON,D.C.20024

Mrs. LORRY BLUITT BONDS: 1133 N.CAPITOL St,N.E.,Washington,D.C.
                                       Suite242; 20002-7599

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISON

LLOYD J. FLEMING
2301 11th St, N.W. apt215
Washington, D.C.20001
Ph-202-491-4942                          Case NO.0008212-11

         VS.

RICHARD COWARD, et al,
1134 11th St, N.W. 3rd Floor
Washington, D.C. 20001


Addition To the complaints amended OCT-17-2011


Arun C. Williams
Commissioner For Patents
Art Unit 2858
P.O.Box 1450
Alexandria, Virginia 22313-1450


Patick Assouad
Commissioner For Patents
Art Unit 2858
P.O.Box 1450
Alexandria, Virginia 22313-1450

| _Advisory Action_<br>_Before the Filing of an Appeal Brief_ | Application No.<br>12/220,804 | Applicant(s)<br>FLEMING, LLOYD JEROME |
|---|---|---|
| | Examiner<br>ARUN WILLIAMS | Art Unit<br>2858 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

THE REPLY FILED 03 August 2011 FAILS TO PLACE THIS APPLICATION IN CONDITION FOR ALLOWANCE.

1. ☒ The reply was filed after a final rejection, but prior to or on the same day as filing a Notice of Appeal. To avoid abandonment of this application, applicant must timely file one of the following replies: (1) an amendment, affidavit, or other evidence, which places the application in condition for allowance; (2) a Notice of Appeal (with appeal fee) in compliance with 37 CFR 41.31; or (3) a Request for Continued Examination (RCE) in compliance with 37 CFR 1.114. The reply must be filed within one of the following time periods:

  a) ☐ The period for reply expires _____months from the mailing date of the final rejection.

  b) ☒ The period for reply expires on: (1) the mailing date of this Advisory Action, or (2) the date set forth in the final rejection, whichever is later. In no event, however, will the statutory period for reply expire later than SIX MONTHS from the mailing date of the final rejection.

      Examiner Note: If box 1 is checked, check either box (a) or (b). ONLY CHECK BOX (b) WHEN THE FIRST REPLY WAS FILED WITHIN TWO MONTHS OF THE FINAL REJECTION. See MPEP 706.07(f).

Extensions of time may be obtained under 37 CFR 1.136(a). The date on which the petition under 37 CFR 1.136(a) and the appropriate extension fee have been filed is the date for purposes of determining the period of extension and the corresponding amount of the fee. The appropriate extension fee under 37 CFR 1.17(a) is calculated from: (1) the expiration date of the shortened statutory period for reply originally set in the final Office action; or (2) as set forth in (b) above, if checked. Any reply received by the Office later than three months after the mailing date of the final rejection, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

NOTICE OF APPEAL

2. ☐ The Notice of Appeal was filed on _____. A brief in compliance with 37 CFR 41.37 must be filed within two months of the date of filing the Notice of Appeal (37 CFR 41.37(a)), or any extension thereof (37 CFR 41.37(e)), to avoid dismissal of the appeal. Since a Notice of Appeal has been filed, any reply must be filed within the time period set forth in 37 CFR 41.37(a).

AMENDMENTS

3. ☐ The proposed amendment(s) filed after a final rejection, but prior to the date of filing a brief, will <u>not</u> be entered because

  (a)☐ They raise new issues that would require further consideration and/or search (see NOTE below);

  (b)☐ They raise the issue of new matter (see NOTE below);

  (c)☐ They are not deemed to place the application in better form for appeal by materially reducing or simplifying the issues for appeal; and/or

  (d)☐ They present additional claims without canceling a corresponding number of finally rejected claims.

      NOTE: _____. (See 37 CFR 1.116 and 41.33(a).)

4. ☐ The amendments are not in compliance with 37 CFR 1.121. See attached Notice of Non-Compliant Amendment (PTOL-324).

5. ☐ Applicant's reply has overcome the following rejection(s): _____.

6. ☐ Newly proposed or amended claim _____ would be allowable if submitted in a separate, timely filed amendment canceling the non-allowable claim(s).

7. ☒ For purposes of appeal, the proposed amendment(s): a) ☒ will not be entered, or b) ☐ will be entered and an explanation of how the new or amended claims would be rejected is provided below or appended.

  The status of the claim(s) is (or will be) as follows:

  Claim(s) allowed: _____.

  Claim(s) objected to: _____.

  Claim(s) rejected: _1 and 2_.

  Claim(s) withdrawn from consideration: _3 and 4_.

AFFIDAVIT OR OTHER EVIDENCE

8. ☐ The affidavit or other evidence filed after a final action, but before or on the date of filing a Notice of Appeal will <u>not</u> be entered because applicant failed to provide a showing of good and sufficient reasons why the affidavit or other evidence is necessary and was not earlier presented. See 37 CFR 1.116(e).

9. ☐ The affidavit or other evidence filed after the date of filing a Notice of Appeal, but prior to the date of filing a brief, will <u>not</u> be entered because the affidavit or other evidence failed to overcome <u>all</u> rejections under appeal and/or appellant fails to provide a showing a good and sufficient reasons why it is necessary and was not earlier presented. See 37 CFR 41.33(d)(1).

10. ☐ The affidavit or other evidence is entered. An explanation of the status of the claims after entry is below or attached.

REQUEST FOR RECONSIDERATION/OTHER

11. ☒ The request for reconsideration has been considered but does NOT place the application in condition for allowance because: See Continuation Sheet.

12. ☐ Note the attached Information _Disclosure Statement_(s). (PTO/SB/08) Paper No(s). _____.

13. ☐ Other: _____.

| | /Arun Williams/<br>Primary Examiner, Art Unit 2858 |
|---|---|

**Continuation Sheet (PTO-303)**                                           **Application No. 12/220,804**

   Continuation of 11. does NOT place the application in condition for allowance because:  The propose remarks does not overcome the prior art of record and not does place this application for allowance. Trainor discloses and shows in Fig. 3 battery energy (ref's battery energy storage) restored by a solar panel (ref's solar generator) with a inline voltage capacitor (ref's super capacitor energy storage); charged to increase amplitude of the Solar Panel voltage amp output (par.[0036-0037]). Fournier discloses a battery is made up of four 1.2 volt nickel-cadmium battery series (par.[0021]). Therefore, Trainor in combination with Fournier discloses the claimed limitations. Furthermore, Trainor also discloses and shows in Fig. 3 the circuit design of wiring and integration of the components that is a converging eminence, forming a charging electric function (par.[0036-0037]), as presently claimed.

# D.C. SUPERIOR COURT
## CRIME VICTIMS COMPENSATION PROGRAM
### Guidelines for Temporary Emergency Shelter
### For Domestic Violence Claimants

<u>Civil Protection Order</u>

You have been referred to the Crime Victims Compensation Program for Temporary Emergency Shelter, based upon the issuance of a Temporary Protection Order from D.C. Superior Court. You will be provided with temporary shelter only as long as your Temporary Protection Order is in effect. **You must return to Court on the hearing date scheduled and obtain a Civil Protection Order to continue to be eligible to receive services from the Crime Victims Compensation Program.** After your hearing in Court for the Civil Protection Order, you <u>must</u> bring a copy of the Civil Protection Order or an extension of the Temporary Protection Order to the Crime Victims Compensation Program office to continue to be eligible to receive services from the Program. The cost for temporary emergency shelter may not exceed $3,000.

<u>Conduct at Temporary Emergency Shelter Site</u>

♦ Do not contact your attacker. The purpose of providing temporary emergency shelter is to keep you safe from your attacker. Do not invite danger to your doorstep! You are jeopardizing not only your safety, but also the safety of your children and other guests at the hotel.

♦ Do not allow other individuals to stay with you in your room. Temporary emergency shelter is being provided for you and your children, alone. No one else is authorized to stay overnight in your room.

♦ Be considerate of other guests and the employees at the hotel. If you engage in playing loud music, illegal conduct, destruction or theft of hotel property, disruptive behavior, or other conduct which interferes with the hotel's ability to serve all of its customers, you will be asked to leave the hotel, and further services will be discontinued.

♦ Please supervise your children to ensure their safety while on the premises.

♦ Phone calls made from your hotel room will be added to your hotel bill and will reduce the amount of time that you can stay in the hotel.

*You should return to the Crime Victims Compensation Program by*

_____ to provide a copy of your Civil Protection Order.
(Date of return for Civil Protection Order)

I fully understand the terms and conditions of the Crime Victims Compensation Program Guidelines for Temporary Emergency Shelter and I agree to comply with them. I understand that if I violate these guidelines, I will be asked to leave the hotel premises.

_____        _2 - 13 - 08_
(Signature of Claimant)                    Date

Witnessed by: _____        _____
(Signature of CVCP Staff Member)            Date

I have a utility patent application filed for patent. That has been cited, by or to, fraud application blocking, for sub- jects for application to be blocked. These application have dates when I filed my application

I found this information online, in the computor room in the Library of Congress 2-10-2011, doing a patent search for my application.

PLEASE send federal agents to this matter.

Signed:

To: Justic Department
950 Pennsylvania
Civil Rights Division

Lloyd J. Fleming

P.O BOX 92078

Washington, D.C
                20090

PH- 202-491-4942

RE: Deprivation of liberty, by
    recruiting Secret Society
    religious organizations.


   The scope of this letter, shows the malicious engineering
of segregated extremisum, by means of harass pressuring a
contract such as this letter sent to me, thats enclosed; That
personally trustpass my inaliable freedom, by means of or-
ginazational assoiciation to foreign circulaisum occupation,
which is the malicious sciencetology church in the United
States goverment and communitys, with the freedom of foreign
religion, proposed to congress, on October 18 2008, in the
New York Times NEWS paper; Doing the ending of president
George W. Bush administration. That is not a equal rights
moral standard, for which the liberty of the Constitution
stands for in American communitys, business, goverment re-
sources, and disability; MY assailants, sciencetologys
harass me with everyday hardship. On memorial day this year,
sciencetology is outlawed in France, by the news of NPR NEWS
that morning.
  This malicious secret societys letter prompts segregation,
if I am not a member; Something I overcame and excepted do-
ing the civilrights movement;Solitude for my fellow person
and myself, and not to use religion as a go between supremacy
staffing benefit benefactor, thats meretricious for freedom
around socialism, which is containment, confinement, master-
mineing and prevideges to confiscations of my individuality
of credibility, integrity,and personal property, which leads
to the deprivation of my liberty. All because of who thay
are, as a fascism supremacy secret society. Sheltered criminal
staffing integration is the character of the societys nature be-
ing a issue.

To the Congress
of the United
States and the
D.C. Council
Committee

STATEMENT of GSA REGISTRY

ARTIST AND INVENTOR

PAST STATE of the UNION

ADDRESS,s for HUMANITES

REQUEST to CONGRESS

Testimony of
Lloyd j. Fleming
GSA Registry
Sculptor and
Inventor

It is my obligation to make statemanship statements toward
the improved equal opportunity achivement of the past STATE
of the UNION ADDRESS REQUISITION for HUMANITES to CONGRESS,
for GSA programs for the talented peoples EQUAL OPPORTUNITY.

In my testimony on this date, 3-17-2009; My civil rights,
equal opportunities, and rights to life is under going dep-
rivation, by freedoms of foreign religion occupation in the
UNITED STATES of AMERICAs DEMOCRACY.

Iam being meet out on the street, and sitting out at Union
Station by the very people that assalted me; Thay were at my
Social Security hearing, October 9-2007; At the Unity Health
Care Center, thire was one of those persons as a interim with
my doctor seeing me and other doctors I have, I been walked
in on as some property, or having a association with the as-
sailants. I dont know these people by face, but only by thire
hateful on sight resentment and deprivation of my liberty in
a collective social manner, on Buses, Trains, and in Stores.

The ignominious violents is a every day prompt at me; out
end about the community, to watch who I my meet, or whire I
may receive help from. The intimidation is to make me the cri-
minal, that thay are, which thay never came to court for the
charges that thay charged me with, that thay did to me; The
very people on this list from the court I went to three times
for.

This collective visual-anti religious organization staffing is
all over goverment and services; That needs sentry and inspec-
tions, for crimes on humanity in the USA, for the deaths, assal-
ts and the consealing of them, over the last 20 years; Doing
community deprivation for profit, with nu-profit as a benefactor.

Stop this cult staffed foreign occupation in our Democracys
offices, doing this Administration, and the use of redeemed
people back in civil society at CCNV Shelter; Or eanywhere in
this Nation from collective civil decrimination malicea, or
forces, with sheltered criminal characters, by Religions.

Respectfully Requesting
Dire Concern.
Lloyd J. Fleming 3/17/2009

A Victim:
202-491-4945
P.O. Box 92078
Washington, DC 20090

*Circuit Court of*
*St. Louis County*
*7900 Carondelet Ave.*
*Clayton, Mo. 63105*

*C-9c 02FC-9974 (L N)*

*10-11-02*

_____
Assistant Prosecuting Attorney

_____ , Assistant Prosecuting Attorney, says
that the facts stated in the above information are, according to the
information and belief of the said Assistant Prosecuting Attorney.

_____
Assistant Prosecuting Attorney

## WITNESSES

OFC ANDREW PALMER
C/O UNIVERSITY CITY POLICE
6801 DELMAR
UNIVERSITY CITY MO. 63130
P0850439    (314) 725-2211

PTN STREBECK
C/O UNIVERSITY CITY POLICE DEPT
6801 DELMAR
UNIVERSITY CITY MO  63130
P0850427    (314) 725-2211

PH

MR TROY WILSON
C/O CHURCH OF SCIENTOLOGY
6901 DELMAR
UNIVERSITY CITY MO 63130
2WINXTRO

MR CHAD LANE
C/O CHURCH OF SCIENTOLOGY
6901 DELMAR
UNIVERSITY CITY MO 63130
1LAEXCHA

MR KAE MCWILLIAMS
C/O CHURCH OF SCIENTOLOGY
6901 DELMAR
UNIVERSITY CITY MO 63130
1MCSXKAE

MS VALERIE POWELL
C/O CHURCH OF SCIENTOLOGY
6901 DELMAR
UNVERSITY CITY MO 63130
1POLXVAL

MR BRYON JONES
C/O CHURCH OF SCIENTOLOGY
6901 DELMAR
UNIVERSITY CITY MO 63130
3JOSXBRY

MS MIRIAM KINDRED
C/O CHURCH OF SCIENTOLOGY
6901 DELMAR
UNIVERSITY CITY MO 63130
2KIDXMIR

MR MICHAEL JENNE
C/O CHURCH OF SCIENTOLOGY
6901 DELMAR
UNIVERSITY CITY MO 63130
2JEEXMIC

A204024

"Lloyd, please forgive us, but we have just taken a closer look at your profile. It turns out you're more special than any of us imagined! Did you know that you possess some very rare, hidden traits? In fact, there is a famous person (someone you would instantly recognize, he's on TV every night) who possesses these same special, incredibly rare traits. ...It turns out that people who possess these same rare and often hidden traits that you do are some of the most famous and successful people on this planet! Lloyd, you are indeed blessed! I know those around you don't know this yet, but they will! Down deep, you sense it, too. Right? I'm so excited for you!"

June 13, 2009

ḻuḻdḻḻuḻḻuḻḻuḻḻuḻḻuḻḻuḻḻuḻḻuḻḻuḻḻuḻḻuḻḻuḻḻuḻḻuḻḻuḻḻuḻḻuḻḻ          48,806

Lloyd J Fleming
PO Box 92078

Washington, DC 20090-2078

Dear Lloyd,
This is a personal letter just to you. Notice: this is not a mass mailing; this letter came to you by first-class mail, not by third-class bulk mail. This is not a solicitation for money. In fact, you will get something of immense value from us **absolutely free** with no strings attached. So, read every word very carefully because you will never get another letter from us again.

Lloyd, please keep what I tell you secret, because this information is confidential. These words are for you only.

There has existed for many years an exclusive association, a secret society, of some of the world's most famous and powerful people. These include renowned actors and musicians, leading scientists and intellectuals, self-made entrepreneurs and artists, millionaires, professional gamblers, Casanovas, statesmen. Many of these people you would instantly recognize.

This association has uncovered some shockingly powerful secrets. And they share these secrets only amongst themselves. In fact, these secrets are the reason these well-known individuals have achieved great prosperity.

Lloyd, I have some incredibly exciting news to share with you. The association has analyzed your profile (you'd be unbelievably flattered if you knew who these individuals were). Please forgive us, but we've discovered something special about you.

It seems you, Lloyd, possess several rare traits we are searching for. Because of these traits, which we'll talk about later, you are eligible to become part of our exclusive club and to share our Greatest Kept Secrets, too, **absolutely free!** By the way, as you read this, you may be saying to yourself that this is all a bunch of hooey. But I swear on the Bible we will send you our Greatest Kept Secrets free of charge. You see, every year the association hand-picks individuals from around the world possessing your unique traits to share in our secrets --- in fact, we are going to reveal to you, absolutely free, the Greatest Kept Secrets of All Time for Money, Power, Romantic-Love! In your case, your hidden talents must be phenomenal for the members to select you!

Who are these gifted people and how did these gifted people find you? If we told you who we are, the association would be exposed to everyone and; believe me, our secrets are simply not for everyone but only a select few.

But I can shed light on how we found you by first telling you my own story: Seven years ago I was like you. Out of the blue, I received an

1                                                                MG3

One day...my whole life changed.  In a heavy state of depression over my financial troubles I went to Las Vegas and began playing a friendly game of poker in an attempt to escape from my terrible circumstances.  At my table was an easy going, likable guy who was winning everything.  His uncanny lucky streak was so obvious it seemed unbelievable.  This must have been his lucky day because he just couldn't lose.  Everyone was amazed at this guy.

As soon as I lost everything I had (which wasn't very long), I nonchalantly asked him how he got so lucky.  I didn't really expect an answer, but he surprised me.  He took me aside and said to me,

"It's not luck.  Money, power and love are automatically drawn to me. What you saw today happens to me every day!"

I couldn't believe my ears and I told him so.  He smiled and simply said, "Follow me for a couple of days and see for yourself."  I did!  What I saw made me speechless and spellbound.  Every day he won thousands of dollars easily and effortlessly.  It looked like magic.  Beautiful women would come up to him and start conversations.  Everyone instantly liked him.  He was like Clark Kent, quiet, unassuming, yet possessing almost super-human power.  Three days later he sat me down and said,

"Every successful person throughout history knew what I know.  That's why they were successful, rich, happy, healthy and powerful."

As I sat there it dawned on me...he was right.  Over the decades all successful people, salesmen, businessmen, politicians, Hollywood actors, religious leaders, TV commentators, heads of state, kings, writers, generals, lawyers, entrepreneurs, investors, millionaires, speculators, gamblers, Casanovas, all must have secretly used shortcuts that require little skill yet contain invisible power.  But what they used and how they used it was the mystery.

What this man said next stunned me.  He looked directly into my eyes and said, "Kevin, I know you're a special person.  In fact, I've been expecting to meet you.  You have hidden traits that few others have.  Do not despair, because you will be discovered.  ...But the time must be right.  When it is, I shall reveal my secrets to you."

He smiled and then simply walked away.

I was speechless.  I couldn't move.  I couldn't talk.

For the next seven months I went to every library I could find, reading everything on successful, powerful, and Casanova-like people.  I bought every money making system available.  I invested in home study courses, cassettes and videotapes.  I attended seminars.

To my dismay nothing in my life changed.

Finally, seven months later, I awoke one morning totally depressed by my deteriorating circumstances.  As I thought about quitting, I decided to go to Las Vegas to see if by some miracle I could find that mystery man again.

During the drive I stopped to get some lunch at a cafe in what seemed to be a small deserted ghost town.  I sat sipping my coffee and noticed a library directly across the street.  Out of habit I went in to see if they had anything I hadn't already read.  I told the librarian what I was looking for.  Suddenly, a puzzled look came across her face.

She told me,

"A couple weeks ago a gentleman came in here and described you.  He told me that you'd be *entering a cycle of opportunity*, whatever that means, and that you'd be stopping here soon."

3

When she described the man, I knew she was talking about the fellow I had met seven months ago in Las Vegas!   THE BIGGEST WINNER I'VE EVER SEEN!

The librarian continued, "He asked me to give you a special book."   She went into the back room and came out with a dusty old book printed in 1872.   In it was a copy of a manuscript written almost 2300 years ago, translated into English.

I read...and read...and read.   It told the story of a secret society in ancient Greece of very rich and powerful men who possessed astonishing powers. And it told exactly how their wealth and power were attained!

What I discovered put me into a state of shock and horror.   I had unearthed the most closely guarded secret in history, the same secret that every wealthy person used throughout history. I now had in my hands the raw secret that could make anyone rich, powerful, successful and in control.

PLUS...the secret ingredient that could make women fall in love with me, and give me power and control over virtually ANYONE, ANYTIME, ANYWHERE!

I HAD IN MY HANDS THE MOST IMPORTANT MONEY, POWER, ROMANTIC-LOVE DISCOVERY OF ALL TIME!!

Immediately I began to apply my new knowledge.   Virtually everything I touched turned to gold! Within a year I was a millionaire.   I lost 40 pounds. My health and energy level improved dramatically.   My romantic love relationships became incredible.   I became happy and feeling totally free.   ALL OF MY DREAMS STARTED TO COME TRUE!   It was awesome!

\* \* \* \*

A year later I finally met that mystery man from Las Vegas again.   He used this secret knowledge to become one of the youngest Senior Research Chemists for E.I. du Pont de Nemours & Co.   During his stellar 12 years at Du Pont's famous Brandywine and Chestnut Run Laboratories, he used this secret knowledge to advance major discoveries involving cars at General Motors, computers at IBM, fighter planes, space crafts, and missiles in our government, and progressive disease cures in medicine.

That mystery man from Las Vegas also used this secret knowledge to become a world-class poker player, and he wrote the world's bestselling poker manual, "Poker, A Guaranteed Income For Life", Warner Books, New York, 359 pages.

And, of course, he used this secret knowledge to make tens of millions of dollars (which he used to propagate the association, whose mission is to seek out special individuals like you and me who possess hidden talents and then break these individuals into the fantastic world of the super-wealthy, super-winners.   He also uses his winnings to fund major scientific research projects around the world, described later.)

That mystery man from Las Vegas has since then brilliantly refined and fine-tuned the raw knowledge contained in that 2300-year-old manuscript.   He identified 114 specific shortcuts and put them into a simple, easy-to-use and follow format.   But, he decided to release his discovery only to a few, specially qualified individuals --- only to members of the association.

Although some people in powerful places believed this mystery man from Las Vegas would win the Nobel Prize for his discovery, he never was interested in making this secret knowledge public. He knew he must stay true to its roots, and only allow a select few access to this knowledge at just the right time, just as the ancients did.   Even when the reigning world champion of poker, two-time winner of the Binion's Horseshoe World Championship of Poker in Las Vegas offered him $50,000 CASH for this exact same information he uses every day, the mystery man from Las Vegas said, "No."   And when a Fortune 500 company offered him $70,000 UP FRONT for just the surface layer of this information, he still said, "No."

4

Let me tell you, those few lucky enough to get this system can now learn the material in a matter of minutes, no matter what their background, financial situation, education or age.

The secrets discovered by the mystery man from Las Vegas will allow those lucky few to prosper monetarily, personally, physically, romantically and financially, anywhere in the world, even during personal and financial hard times, inflation, recession, depression, war.

This system is, in reality, a scientific method for capturing major financial and personal advantages everywhere, 24 hours a day! It has never been released to the public and is so revolutionary it will shock you with its simplicity and power!

Once you are exposed to this secret system you will quietly profit from everyone, everywhere, every time.

Imagine how you will feel with thousands of dollars in extra cash coming in...EACH WEEK! Imagine how you will feel when you have power over everyone in every situation. Imagine how you will feel when you have peace and romantic love overflowing in your life.

Does this sound too good to be true? WELL...IT IS TRUE!!

You'll find, as I did, the secret system works better than you could ever imagine possible! These incredibly easy to apply secrets work with ALL money and power gathering methods and in ALL situations involving the transfer of power, money and love.

It applies to the stock market, investments, your employer, your co-workers, business, politics, social situations and personal and romantic relationships. Even games of chance like poker, black jack, horses, and the lottery.

(My accountant and tax attorney advise me I shouldn't tell you how many millions of dollars are now mine because of this secret system.)

\* \* \* \*

Although the above famous mystery man from Las Vegas had more to tell, I interrupt here because right now you may be asking, "Why am I receiving this invitation?" You, Lloyd, have been selected to be sent our Greatest Kept Secrets --- the secrets that have laid hidden from ordinary eyes for 2300 years --- for free because members of our elite group, of the association, have discovered that you possess rare potentials that few others have. ...And you'd be amazed to know just who these particular world-renown members were who chose you! But, alas, it's a secret society and although everything I say here is true, their identities must remain anonymous. Those who chose you, though, do realize your special qualities. YOU'VE GOT IT! You just have not fully realized your special qualities yet.

We know people around you may not see it, but we know that you, Lloyd, have experienced moments in which you feel special and gifted. In those euphoric, even spiritual moments, you know you are special, you absolutely know it, and you feel you are here to do great things with your life. Right? Well, we know it, too, Lloyd. And yes, you are meant to do great things, exactly as we are going to show you.

How do we know? Be honest: have you ever felt like God or some higher power may be communicating with you, giving you a sign? If you answered yes, and we know you did, then you are indeed that special person we are looking for. And this is your calling. It's as simple as that.

Since the mystery man from Las Vegas and his association agreed to make this powerful system available to a very few selected people, we printed a limited number of copies of this secret-system package, and we are holding a

personal reserved copy in your name for a few days.  This contains the exact
original manuscript our Las Vegas mystery man personally uses as his Bible for
money, power, and love.

Remember, these are the very same powers that the most successful,
exclusive people in the world have anonymously used to obtain great wealth,
success, love, fame.  And you belong in that exclusive group, Lloyd!

That is why we will send you and only you (as they did to me seven years
ago) our very confidential, Greatest Kept Secrets, completely free!  But you
must keep these secrets only to yourself.

Now, this brings us to another important point.  When we analyzed your
profile (the people who do this analyzing are brilliant, I just wish I could
name a few names for you) we discovered something else about you, Lloyd J.  It
seems you're about to enter *cycle two*.  What's cycle two?  There are seven
fundamental cycles in life that every person passes through, regardless of
where or when they live.  Cycle two is the most important cycle because it's
the cycle of breaking bondage, of discovering and **being discovered**.  That is
why this exclusive group is contacting you at this time.

Everyone who has ever really prospered in life, from celebrities to
entrepreneurs, from gamblers to lovers, from captains of industry to heads of
state did properly implement this second stage cycle --- though most didn't
consciously know that was what they were doing.  And that's what makes the
really successful people so indestructible --- no matter what happens to them,
or around them, they always end up on top.  Even if they get fired, cheated,
dumped, estranged from their lovers, or somehow made flat broke, within a few
months they'll be back on top, prospering beyond most peoples' dreams.  Those
who previously shunned them came running back, pleading for their love and
affection.  You've probably seen famous people like that on TV.  Maybe you know
someone like this.  The point is, Cycle Two is *your* time to act --- it's *your*
calling!

Lloyd, I warn you, fair and square, don't let the self-discovery that
cycle two offers you slip by.  You're going to pass through this second cycle
over the next few weeks, starting right about now.  It's so important that you
privately see the society's secrets to launch all of cycle two's opportunities.
That's why we're going to subsidize the expense to get our Greatest Kept
Secrets to you, now, completely free of charge!  But you must send in your
free-membership invitation form before this Friday, June 19, 2009 or the
opportunity is gone with the wind, forever.

Simply fill out the enclosed free-membership invitation form, mail it or
fax it, and we'll rush you your personal reserved copy of our Greatest Kept
Secrets of All Time for Money, Power, Romantic Love free of charge.

As soon as you get our package of inside secrets, you'll be able to do all
these things and much more...

Here's a fraction of what you'll learn:

--Learn where the profits are and where they are not in all games of
chance, poker, bingo, blackjack, lotteries, casino games or any gambling
situation. (Not even casinos or professional cheaters will be able to beat
you!)

--Learn how to transfer all money, power, prestige from the uninformed to
you...instantly.

-- Learn how to use this new scientific knowledge to begin generating huge
sums of money within hours...automatically...without even trying.

-- Learn how to win any lover in any situation or how to regain your ex-
lover.

6

-- Learn how to lose all the weight you want or eliminate any addictions; (food, alcohol, cigarettes, drugs) easily and effortlessly virtually overnight!

-- Learn to control anyone, man or woman, anywhere.

-- Learn to easily beat any opponent in your life...in any situation.

-- Learn how to make your new powers render all others helpless.

-- Learn how to be more intelligent.

-- Learn how to make everyone you meet want to be your friend.

-- Learn how to make your every relationship; spouse, lover, children, friends, co-workers etc. become better and more fulfilling.

-- Learn how to be constantly and invisibly armed so that any person trying deception or cheating ploys against you instantly becomes powerless and at your mercy.

Within hours after receiving your secret-system package you will be benefiting in every area of your life. With the simple, easy to apply techniques, you'll be on virtual auto-pilot. Your new powers will be used unconsciously and effortlessly!

The process is so natural and automatic, no one will ever detect you using the techniques. They are subconsciously picked up by everyone you meet.

In addition to all of the benefits you gain, the secret system and the association are the best insurance policy you could ever own. You'll never be taken advantage of again in any business or personal relationship. The association's power protects you and gives you the advantages needed so that you prosper even in challenging situations. YOU'LL FEAR NO ONE!

I urge you, you owe it to yourself, you owe it to your family. Don't wait another minute. Send today for your free secret-system package that reveals the Greatest Kept Secrets of All Time for Money, Power, Romantic Love before your time limit is up and I must give your copy to someone else.

Lloyd, it has been determined that this is now your "Special Time," your "Cycle of Opportunity." That is why we must cut off this opportunity by Friday, June 19, 2009. We're not trying to be mean, it's just that you can't afford to let this opportunity slip by. If ever there was a time for you to take action -- this is truly that time! After this Friday, you can never again acquire this secret system at any price because your opportunity cycle will have passed by.

Remember, everything in this secret-system package is honest and ethical. You benefit without any risk or dishonesty. There are no additional skills needed beyond those you have already been blessed with. It doesn't matter how old you are, what your background is or where you live. Remember, we have already looked at all that and still selected you. You don't need any money to get started or any education or training. You'll be applying this secret system from the moment you receive your package.

Money, power, control and romantic love will all be drawn to you instantly, automatically, more and more every single hour. This secret system and our association can make you a new person: powerful, in control, relaxed and confident with total happiness, peace of mind, and more money and love than you've ever had in your entire life.

Lloyd, if you're like I was before, you're probably experiencing some uneasiness, restlessness, a dissatisfaction with the world. Is major success, an exciting and satisfying relationship, and real wealth truly unattainable? You long for it, I know. I always did. But if you cannot seem to achieve it, I am telling you, Lloyd, instead of letting go of that desire, take a new direction. Answer this calling. (..Many of us in the association have risen from living in dumps and projects to penthouses and multi-million-dollar custom homes because of these very same secrets.)

7

So mail or fax back your enclosed free-membership invitation form on or before Friday, June 19, 2009 and we will share with you our Greatest Kept Secrets, totally free!  And before long, you'll be ready to meet us.  Those of us here in the association are so looking forward to your presence, now that we're subsidizing the cost of getting you our package of Greatest Kept Secrets.  It's yours free, even before you officially know us.  But I mean it when I say you must do this now, however, or you'll never hear from us again.  That's a given, for these secrets are too exclusive.  I'll check my mail for your invitation in three days.

Sincerely,

John

PS, Below is your Free-Membership Invitation form.  Simply check the box below and then mail or fax this entire page back to us by this Friday, June 19, 2009.

------------------------------------------------------------------------

(Simply mail or fax this entire page to us)

Account #: 0426819231                    Manuscript #: 45210-Z

### Free-Membership Invitation Form

[  ] I, Lloyd, feel that something astounding is about to happen in my life!  The association has discovered me.  I possess very special and rare traits.  Because of these traits, the association is willing to accept my membership and send me their Greatest Kept Secrets that lead to enormous wealth, love and the most phenomenal personal abilities, absolutely free, as long as this *Free-Membership Invitation Form* is postmarked on or before Friday, June 19, 2009.  After this Friday, I understand that this opportunity closes, and I won't be given this membership invitation again.  Without hesitation, please send me my personally reserved, 56-page, numbered booklet containing the Greatest Kept Secrets, completely free of charge, today!

Make address correction if necessary:

Lloyd J Fleming
PO Box 92078
Washington, DC 20090-2078                    0426819231

### Mail or fax this entire page back to us
Invitation Processing, P.O. Box 6304,
Dover, DE  19905-6304
Fax: (716) 447-7488  © Copyright 2009

MG3                                    8