UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

LLOYD J. FLEMING

VS                                                          12-330-RJL

RICHARD COWARD, et al

**PLAINTIFFs MOTION FOR-** The court order of protection dated, 1-31-2008, case no. CP0206-08, and the deleted mental health evaluation as orders of the court. I ask the court to stop the unlawful use of the Telemetry assalt on me, thats a on going plot and scheme around the court order through the housing authory, unity healthcare, and the in-homecare service and the workers there with Mr. Garrett, apartment#315, thats a defendent, Mr. Motenar Roberson, in apartment#115, thats a defendent, with Mr. Josep Duke, of apartment #422, thats the on duty applicator, day and night E-mitting the radio electric wave on to me, that has made me very sick from the management of the in-homecare companys that are Cameroon Nationlist, operating this torture ring of equipments, as mental health technologist in D.C.Pubilic Housing on unsuspecting persons, for the mental, mental health societys sadistic perverted judgments. The perverted matter of my application for patent can be showed in court.

RECEIVED

MAR - 8 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

represented by

2301 11th St, N.W.apt215
Washington, D.C.20001
Phone-202-491-4942
LLOYD J. FLEMING