## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Lloyd J. Fleming** ) <br> **2301 11th St., N.W., #215** ) <br> **Washington, D.C. 20001,** ) <br>  ) <br>  ) <br> **Plaintiff,** ) <br>  ) <br> **v.** ) <br>  ) <br> **Richard Coward, *et. al*,** ) <br>  ) <br> **DEFENDANTS.** ) <br>  ) <br> _____ ) | Civil Action No. 12-0330 RJL |

## NOTICE OF APPEARANCE OF COUNSEL

The Clerk of the court will please enter the appearance of DCHA Assistant General Counsel Clifford E. Pulliam as Counsel for Defendants Adrianne Todman, Frank Lancaster, Tyrone Poole, Walter W. Tweedy and Lorry Bonds in the above-captioned case.

                                                 Respectfully submitted,

                                                 __/s/ Clifford E. Pulliam_____  
                                                 Clifford Pulliam  
                                                 D.C. Bar No. 480016  
                                                 Office of the General Counsel  
                                                 District of Columbia Housing Authority  
                                                 1133 North Capital St., NE, Suite 210  
                                                 Washington, DC  20002

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Defendants' Motion to Dismiss was filed electronically and mailed by first class postage to Pro Se Plaintiff on March 19, 2012.

Lloyd J. Fleming
2301 11th St., N.W., #215
Washington, D.C. 20001,
PRO SE

                                        Respectfully Submitted,

                                        __/s/ Clifford E. Pulliam_____
                                        Clifford Pulliam
                                        D.C. Bar No. 480016
                                        Office of the General Counsel
                                        District of Columbia Housing Authority
                                        1133 North Capital St., NE, Suite 210
                                        Washington, DC  20002