UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

LLOYD J. FLEMING

    VS        Amended Complaint      12-330-RJL

RICHARD COWARD, et al

        Plaintiffs Amended Complaint

STEPHEN WHEELE
3500 18th St, N.E.
WASHINGTON, D.C. 20018

KAREN BUSH
1416 9th St, N.W.
WASHINGTON, D.C. 20001

Dr. MEREDITH KOLBRENER
1900 Massachusetts Av, S.E.
Washington, D.C. 20003

Are three defendents discovered not to be on the Superior Courts list, after the Summons was made out to them. And the court clerk Mrs. Peralpa permitted me to hand write them on the list at the counter. The three Amended Complaint, has been served all Motions and activity of the Superior court up to the US Courts Notice Of Removal, by the list I have with them wrote on it.

                              Lloyd J. Fleming

SIGN- *[signature: Lloyd J. Fleming]*

RECEIVED
MAR 13 2012
Clerk, U S District & Bankruptcy
Courts for the District of Columbia

CERTIFICATE OF SERVICE

I, Lloyd J. Fleming will mail a copy of this MOTION to all defendents, Mailing Date _March 13-2012_.

With or Without representation.

DAMARR M. BUTLER
/s/ US Attorney
555 Fourth St,N.W.
Washington,D.C.20530

SIGN- *[signature]*
REP- Lloyd J. Fleming