UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

LLOYD J. FLEMING

VS                                                          12-330-RJL

RICHARD COWARD, et al

           PLAINTIFFs MOTION FOR- To set a Date for Court, to hear and see the evidents of the subject of the patent application being imposed on, concerning the perversion toward my claims of matter. With the examining of the social dissidents of the writ of habeas corpus, intention to disseminate, and character assassin me with the workings, and criminal geology aggravation from the E-mitting of this high frequency radio wave through my body, in my apartment, for torture, to bring out a violent reaction from the discrimination, thats bias. Please rule on this motion and stop this arranged sadistic assaulting. It is religiously orient dictating. I am a liberal electric engineer, holding this E-mitting off of me, as best I can, of this civil rights hate crime.

                                      2301 11th St, N.W. apt215
                                      Washington, D.C.20001
                                      Phone-202-491-4942
          represented by    LLOYD J. FLEMING

CERTIFICATE OF SERVICE

I, Lloyd J. Fleming will mail a copy of this MOTION to all defendents, Mailing Date 4-4-2012    .

With or Without representation.
DAMARR M. BUTLER
/s/ US Attorney
555 Fourth St,N.W.
Washington, D.C.20530

Sign- *[signature]*

Rep- <u>Lloyd J. Fleming</u>

Michael K. Addo
Assistant Attorney General
Office of the Attorney General
441 4th St, N.W. L Floor, S.
Washington, DC 20001

Clifford E. Pulliam
District of Columbia
Housing Authority
1133 N. Capitol St, N.E.
Suite 210
Washington, D.C. 20002
<u>Defendants</u>
Garrett
Motemer Roberson
Joseph Dukes
Ebonezer Olomo
Larry Leucus
Tom Woodson
Beemen Fleming
Jimmy McGinie
Kesha Taylor
Jessica
Recita Evans
Stephen Wheele
Karen Bush
Meredith Kolbrener