UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA


LLOYD J. FLEMING

VS                                                          12-330-RJL

RICHARD COWARD, et al

        PLAINTIFFs MOTION FOR- To locate the defendents, And serve the Notices before the court date. To Tom Woodson, that lived at 1013 17th St, N.E. Atp# 3 Washington, D.C.20002. And Beemon Fleming, at 1719 H St, N.E. Apt# 4 Washington, D.C. 20001. A error was in the address, as NorthWest; It is North-East for Beemon Fleming. Tom Woodson has moved and left no address. He is a major conspirator to this case.

Mail Returned as undeliverable on the court database sheet.


                                             2301 11th St, N.W. apt215
                                             Washington, D.C.20001
                                             Phone-202-491-4942
            represented by    LLOYD J. FLEMING

RECEIVED
APR - 5 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

CERTIFICATE OF SERVICE

I, Lloyd J. Fleming will mail a copy of this MOTION to all defendents, Mailing Date 4-5-2012 .

With or Without representation.
MICHAEL K. ADDO
Assistant Attorney General
Office of the Attorney General
441 4th Street,N.W,6Floor,S.
Washington, D.C.20001            Sign-

CLIFFORD E. PULLIAM             Rep- LLOYD J. FLEMING

DAMARR M. BUTLER
U.S. Attorneys Office
555 Fourth Street, N.W.
Washington, D.C. 20530

**DefendantS**
GARRETT

MOTENAR ROBERSON

JOSEPH DUKES

EBENEZER OLOMO

LARRY LOUCUS

TOM WOODSON

BEEMON FLEMING

JIMMY MCGIVIE

KESHA TAYLOR

JESSICA

RECITA EVANS

STEPHEN WHEELE

KAREN BUSH

MEREDITH KOLBRENER