UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

LLOYD J. FLEMING

VS                                                          12-330-RJL

RICHARD COWARD, et al

**PLAINTIFFs MOTION FOR- Opposition** of this **MOTION**, filed 4-6-2012, by Pulliam, Clifford, to Dismiss, Lorry Bluitt Bonds, Frank Lancaster, Pool, Adrianne Todman, Walter W. Tweedy, that is my only resource to stop a arranged impoverishment and punishment to me with the E-mitting of high frequency radio waves being Transceiver controlled to conduct through me with force, to cause body functions to be impaired. As Biol-movement, Headacks, Muscle cramps, Lungs releaseing mucus, Hard breathing, High level heart rates and more conditions. The concern of this matter being done to me, has fable of being content of what my neighbors do to me to drive me out of my apartment. I am being discriminated against, and my incentives are being covet, and I dont know why. This is un-suspecting housing from Richard Choward, the demise of me in the D.C. Public Housing Athority by the use of the people that live in it. I want to know why, from the matter in my write of habias corpus.

2301 11th St, N.W. apt 215
Washington, D.C. 20001
Phone-202-491-4942

represented by   LLOYD J. FLEMING

RECEIVED
APR - 9 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

CERTIFICATE OF SERVICE

I, Lloyd J. Fleming will mail a copy of this MOTION to all defendents, Mailing Date 4-9-2012 .

With or Without representation.
MICHAEL K. ADDO
Assistant Attorney General
Office of the Attorney General
441 4th Street,N.W,6Floor,S.
Washington, D.C.20001         Sign-

CLIFFORD E. PULLIAM          Rep- LLOYD J. FLEMING

DAMARR M. BUTLER
U.S. Attorneys Office
555 Fourth Street, N.W.
Washington, D.C. 20530

**Defendants**
GARRETT

MOTENAR ROBERSON

JOSEPH DUKES

EBENEZER OLOMO

LARRY LOUCUS

TOM WOODSON

BEEMON FLEMING

JIMMY MCGIVIE

KESHA TAYLOR

JESSICA

RECITA EVANS

STEPHEN WHEELE

KAREN BUSH

MEREDITH KOLBRENER