UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LLOYD J. FLEMING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 12-0330 (RJL) |
| | ) |
| RICHARD COWARD *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 2d day of August 2012,

**ORDERED** that the federal defendants' second motion for an extension of time to respond to the complaint [Dkt. # 15] is **GRANTED** *nunc pro tunc*; it is further

**ORDERED** that the federal government defendants' motion to dismiss under Fed. R. Civ. P. 12(b)(1) [Dkt. # 24] is **GRANTED**; it is further

**ORDERED** that pursuant to 28 U.S.C. § 1447(c), this case is **REMANDED** to the Superior Court of the District of Columbia.

RICHARD J. LEON
United States District Judge