RECEIVED

UNITED STATES DISTRICT COURT FOR THE     AUG 14 2012
DISTRICT OF COLUMBIA                     Clerk, U.S. District & Bankruptcy
                                         Courts for the District of Columbia

LLOYD J. FLEMING

VS                                                    12-330-RJL

RICHARD COWARD, et al

PLAINTIFFs MOTION FOR- **THE court to Enforce,**
that the **Defendants Complies,** to and with, the rulings **passed;**
Motion; Docket Order Filed 07-21-2012; Modified on 07-23-2012
(kc). (Entered: 07-23-2012), #44.;
Motion; Docket Order Filed (rdj) Entered: 07-25-2012; Filed 07-
24-2012; #49. With motion-Mandatory Victims Restitution Act-Crim§545,
                                                      546.,Docket#42
Motions- Cont"d- Index-695-2012 KF-8840, W68,

Compliance, Civ§1379

Quashing Service, Civ§1354

Sufficiency,time, Civ§1361

Effective Date of rules, Civ§3182

Severance of Defendants, Crim§220 et seq.

LCvR7- Failure to respond to Motion; When the US District Court
for the District of Columbia relies on the absence of a response
as a basis for treating a motion as conceded pursuant to US Dist.
Ct., D. D.C., Civ. R.7(b), the US Court of Appeals for the Dist
of Columbia Circuit will honor the Enforcement of the local rule.

                                    2301 11th St, N.W. apt 215
                                    Washington, D.C.20001
                                    Phone-202-491-4942
            represented by          LLOYD J. FLEMING

CERTIFICATE OF SERVICE

I, Lloyd J. Fleming will mail a copy of this MOTION to all defendents, Mailing Date 8-14-2012 .

With or Without representation.
MICHAEL K. ADDO
Assistant Attorney General
Office of the Attorney General
441 4th Street,N.W,6Floor,S.
Washington, D.C.20001          Sign-

CLIFFORD E. PULLIAM           Rep- LLOYD J. FLEMING

DAMARR M. BUTLER /VENETIA D. BELL
U.S. Attorneys Office
555 Fourth Street, N.W.
Washington, D.C. 20530

Defendants
GARRETT

MOTENAR ROBERSON

JOSEPH DUKES

EBENEZER OLOMO

LARRY LOUCUS

TOM WOODSON

BEEMON FLEMING

JIMMY MCGIVIE

KESHA TAYLOR

JESSICA

RECITA EVANS

STEPHEN WHEELE

KAREN BUSH

MEREDITH KOLBRENER